IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    PLAINTIFF,

    v.                 CRIMINAL NO. 10-30121-DRH

JIM ARNESS CRAWFORD,

    DEFENDANT.

## **ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**

On January 6, 2011, this Court entered an order for forfeiture against defendant Jim Arness Crawford, for the following property which had been seized from said defendant:

**One Hi-Pointe, Model CF-380, .380 caliber semi-automatic pistol, bearing serial number P802610, and any and all ammunition contained therein (10-ATF-014414 and 10-ATF-014415).**

Said Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning January 23, 2011, and ending February 21, 2011, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 6, 2011, namely:

> **One Hi-Pointe, Model CF-380, .380 caliber semi-automatic pistol, bearing serial number P802610, and any and all ammunition contained therein (10-ATF-014414 and 10-ATF-014415).**

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

**DATE: April 28, 2011**

Digitally signed by David R. Herndon
Date: 2011.04.28 09:50:03 -05'00'

**Chief Judge
United States District Court**